UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COREY PATRICK THOMAS | CIVIL ACTION |
| VERSUS | NUMBER: 17-0115 |
| SCHINDLER ELEVATOR COMPANY | SECTION: "F" (5) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

IT IS ORDERED that Plaintiff's claims are dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

New Orleans, Louisiana, this  22nd  day of      February      , 2017.

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE